# Court of Appeals
# of the State of Georgia

ATLANTA,___July 17, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1382. KING v. CITIBANK (SOUTH DAKOTA), N.A.

The Appellee has moved to remand the case to the trial court so that it may pursue a motion to vacate the default judgment in favor of the Appellee, which judgment is the subject of this appeal. The motion is hereby GRANTED, and the case is remanded to the State Court of Clayton County.

The Appellee's separately filed motion for an extension of time to file a brief is DENIED as moot.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 07/17/2013_____
*I certify that the above is a true extract from*
the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court*
hereto affixed the day and year last above written.

 *, Clerk.*